## THOMPSON v. STATE.

### No. 22066.

Court of Criminal Appeals of Texas.
April 15, 1942.

Rehearing Denied May 27, 1942.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty, appellant was convicted of passing a forged instrument, and his punishment assessed at two years in the state penitentiary.

The record is before us without statement of facts or bills of exception.

No error appearing, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.